FILED
CLERK, U.S. DISTRICT COURT

OCT 24 2014

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  George H. King

From:  Katrine Muradyan _____, Deputy Clerk   Date Received:  10-23-14

Case No.:  2:14-mc-00879 _____   Case Title:  Shelley Gross et al, v. PNC Mortgage, et al

Document Entitled:  1 misc. document

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Because this document is not directly or indirectly related to a civil or criminal case pending within this district or another district, judicial determination is required. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                                             U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

 10/24/14                          _____
Date                                             U.S. District Judge / U.S. Magistrate Judge

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT

| | |
|---|---|
| 1 | Name: Shelley Gross |
| 2 | Address: 3714 Braewood Court |
| 3 | City of Tarzana |
| | Republic of California |
| 4 | Phone: 818-481-8697 |
| 5 | Fax: 866-419-0119 |
| 6 | |
| 7 | In Pro Per |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | Shelley Gross, agent for Trust | CASE NUMBER: |
| 11 | ENTITY AMY LISA GROSS | **LA MC 14-879** |
| 12 | Plaintiff | |
| 13 | v. | |
| 14 | PNC MORTGAGE | |
| 15 | PHIL CUNNINGHAM, EVP | |
| 16 | Joe Cartellone, CEO Defendant(s). | (Enter document title in the space provided above) |
| | PRESIDENT | |

RECONVEYANCE-
PURPORTED CAUSE FORM NO. RE3038646750US
(THE Statement of ACCOUNT IS ZERO)
Please acknowledge and review the
private administrative process

THIS NEEDS TO BE DONE IN PRIVATE
CHAMBERS

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY KM                        DEPUTY

OCT 23 2014
Clerk, US District Court
COURT 4612

ε

In the circuit and district court of the United States in and for Los Angeles county

division of California in Common Law venue, original and exclusive jurisdiction

## Letter Rogatory

| | | |
|---|---|---|
| United States of America | ) | |
| State of California | ) ss. | before the Justices' |
| Your county | ) | special proceeding affidavit, |

Memorandum in Law

In re:  purported cause Form No.  **RECONVEYANCE-RE303864675US**
**Under Article II, Federal Rules of Evidence, Rule 201**
**Judicial Notice of Adjudicated Facts**
**REQUEST FOR NOTICE OF LIS PENDENS**

~~Greetings:  Involuntary special appearance and request to review acknowledge and~~
ratify the Record of Private agreement and settlement for Foreign Judgment.  Please
acknowledge the private administrative process which has resulted in agreement and
settlement between the parties under Commercial International Law under the Hague
Convention ratified in 1965.
United States District Court for the District of State whatever division.  Security was
furnished for the satisfaction.

I,  Shelley Gross, sui juris, Attorney-in Fact, agent for Trust Entity AMY LISA
GROSS hereby present by special appearance special proceeding in Common Law
venue, original and exclusive jurisdiction via Common Law venue with Notary Public, an
Officer for State of California State, and before our supreme Court in and for Los
Angeles County   invoking Article III section 1 of the our Constitution of the United
States, where this affidavit in the form of letter rogatory directed to the legislative
created tribunal United States District Court, District of State and District Division and
concerning unalienable Right as duly contained in the spirit and intent of Article of
amendment the Eleventh of our national Constitution in direct relation to matters
concerning the party Shelley Gross for Attorney-in Fact, settlor, agent for Trust Entity
AMY GROSS, California Republic expressly not "within" the United States, District of
Columbia, the Government created pursuant to Act of Congress, specifically cited as by
the Forty-First Congress Session III CHAPTER LXII, Section 1 Volume 16 United States
Statutes At Large page 419, which is titled, "An Act to provide a Government for the
District of Columbia", approved on February 21, 1871.

1

The United States District Court for the District of California, Central Division, is a voluntary court upon the agreement of the parties' exercising no original nor compelling jurisdiction over the parties' as by the acquiescence of the Respondent and the agreement thereby created at Default between the parties, which all parties are in agreement to ascend with the restatement trust in accord with stipulations established under the initial presentment and determination established thereafter by Default, wherein estoppel is in effect and where the parties, namely Lien Debtor,  PNC MORTGAGE and Lien Creditor, SHELLEY GROSS, INC Acting in Trust entity AMY LISA GROSS are in agreement with the estoppel in said legislative created tribunal in compliance with non-waiver By Shelley Gross where court shall maintain standing with protections and guarantees as by the supreme Law of the Land and as by Article of amendment the Eleventh of our national Constitution, and where court is seeking the judicial assistance from your legislative court to bring this commercial matter to settlement and closure, whereby effecting the close of escrow and adjusting the public account(s) in accord with Title 31 .

While the United States District Court, District of California, Central Division fully recognizes their own Rule 17, Supreme Court rules "other jurisdiction" which provide for exclusive jurisdiction under 28 U.S.C. § 1251 in our supreme Court in and for each and every county in our countries, meaning our several States of the union in America, the organic States, the Republic states expressly not the shadow states, nor compact party states nor Buck Act States of the United States under commercial nexus. Said Rule 17 of "other jurisdiction" also encompasses the spirit and intent of Article of amendment the Eleventh of our national constitution, creating not only a diversity of citizenship, but also the division of our Courts, meaning our American national side vs. the federal (foederal) side expressly for their own subjects/citizens/aliens created by acts of congress, said subjects not being able to question the validity of the public debt.

This affidavit is true, correct and certain; admitted under Rule 44.1 Judicial Notice of Foreign Law; and,
Further this Affiant sayeth naught:

per _____

Shelley Gross, settlor, Agent for Trust Entity AMY LISA GROSS sui juris, in Los Angeles county court, in our country of California state,

2

# AFFIDAVIT

## NOTARY PRESENTMENT
## with CERTIFICATION OF MAILING

It is hereby certified, that this __16__ day of May, 2014,
the undersigned Notary Public shall mail to:

PNC Mortgage
323 Newark Drive, Building 7
Miamisburg, OH  45342-5421
Attention:  Phil Cunningham, Executive Vice President of Mortgage Services
        Joe Cartellone, President and CEO

Hereinafter, "Recipients", the documents and sundry papers pertaining to the Demand for Recordation of
Reconveyance of Title, herein identified as follows:

1. ✓ True copy of the **AGREEMENT TO ARBITRATE/NEGOTIATE AND OPPORTUNITY TO CURE PNC
MORTGAGE UNDER THE UNIFORM RESIDENTIAL MORTGAGE SATISFACTION ACT TO CURE ITS
FAILURE TO RECORD A TIMELEY SATISFACTION AND RECONVEYANCE. CONDITIONAL
ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM UPON PNC MORTGAGE CLAIM FOR
CONSTRUCTIVE FRAUD ON THE INVESTMENT CONTRACT AGREEMENT FOR THE DISCHARGE OF
OBLIGATION**, Instrument No. RECONVEYANCE-RE303937236US-ALG

2. ✓ True copy of PNC's **Mortgage Satisfaction Letter,** dated September 14 2013.

3. ✓ True Copy of Affidavit of Notary Presentment with Certification of Mailing, Form No. **RECONVEYANCE-
RE303937236US-ALG**

by REGISTERED MAIL **RE303937236US** with Return Receipt Requested by placing same in a postpaid envelope
properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face
and custody of the U.S. Postal Office within the State of California.

by _____
        Shelley Gross

## JURAT

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this __16__ day of __May__, 2014, by Shelley Gross
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
PERIKLIS N KARANIKOLAOU

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

by _____
        Shelley Gross

**[Note:** PERIKLIS N KARANIKOLAOU [Notary] c/o 22647 VENTURA BLVD, NUM 456, WOODLAND HILLS, CALIFORNIA 91364
is not an attorney licensed to practice law in the state of California and has not given legal advice or accepted fees
for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest
in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an
authorized capacity as liaison to communications between the parties.]

Form  No.  RECONVEYANCE-RE303937236US-ALG

Registered Mail, No.RE303937236US

**Recording Requested by**
**Shelley A. Gross**

**After Recording Return to**
**Amy Lisa Gross**
**6732 Auburn Drive**
**Huntington Beach, California**

_____

                              *(Above for County Filing Office Use Only)*


Amy Lisa Gross
11645 Montana Avenue Number 229
Los Angeles, California Republic [90049]

Respondent's

~~PNC MORTGAGE~~
3232 Newmark Drive
Building 7
Miamisburg, OH 45342-5421
Mr. Phil Cunningham, Executive Vice President of Mortgage Services
Mr. Joe Cartellone, Chief Executive Officer and President


May 15, 2014

**RE:  AGREEMENT TO ARBITRATE/NEGOTIATE AND OPPORTUNITY TO CURE PNC MORTGAGE UNDER THE UNIFORM RESIDENTIAL MORTGAGE SATISFACTION ACT TO CURE ITS FAILURE TO RECORD A TIMELY SATISFACTION AND RECONVEYANCE. CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM UPON PNC MORTGAGE CLAIM FOR CONSTRUCTIVE FRAUD ON THE INVESTMENT CONTRACT AGREEMENT FOR THE DISCHARGE OF OBLIGATION**

Dear Mr. Phil Cunningham and Mr. Joe Cartellone:

   The undersigned makes this out of necessity, fairness and sound business practice for a more definite response to inquiries for closed Account Number **1000130406**, originating under Account Number **0051193448** on 11/20/2010 by JUST MORTGAGE, INCORPORATED, a California corporation located at 9680 Haven Avenue, Suite 200, Rancho Cucamonga, California 91730. I have included the satisfaction letter in this mailing dated September 14, 2013. I am giving you the opportunity to cure this matter within 30 days.

And whereby a satisfaction letter was subsequently issued on September 14, 2013 by PNC MORTGAGE, stating that the payment was made in full along with CONFIRMATION OF LOAN PAYOFF RE: Loan Number 1000130406 and did reflect an IRREVERSIBLE zero offset account double book entry on statement dated 09/17/2013 wherein a corresponding payment intangible match was recorded. The **Uniform Residential Mortgage Act** requires recording of the full reconveyance and satisfaction letter in the County Recorder's Office within 30 days.

I am initiating this Agreement to Arbitrate/Negotiate and Opportunity to Cure to determine such matters and for the purpose to procure the return of consideration to fist funds transferor herein "issuer" Amy Lisa Gross along with full Reconveyance of title to be filed on county record and file all appropriate documents or effect setoff or recoupment; distributing proceeds gained from the willful undisclosed framed conversion of payment intangible. This must be done according to 15 USC 1692 g The Fair Debt Collection Practices Act and Rosenthal Debt Collection Practices Act ("Rosenthal Act" or RFDCPA") the Federal Trade Commission and the Uniform Commercial Code within the provision of Article 8.

     a. Please enclose the security agreement that gives entitlement in percentages of both security pools created by the different trusts, from the creation of all Security transfers, negotiations, transfer of rights, novation and the like, assignee, holder, holder in due course, entitlement holder, which absolutely evidences Alleged Creditor's full and complete disclosure, including but not limited to any and all implied and/or expressed written contracts, and/or any and all consent forms, with all signature pages;

     b. Please produce all off-balance sheet book-entries, contracts, whether implied or express, which contain exchange of consideration, and which contains verified authenticated signature of Respondent;

     c. Please provide any absolute evidence of an equal exchange of a benefit for valuable consideration, including but not limited to an exchange of detriment (implied contract, unconscionable, adhesion or otherwise):

## DEMAND FOR PROOF OF CLAIM

1) **PROOF OF CLAIM**, that PNC MORTGAGE did not receive *satisfaction of this obligation which was issued by Non Cash Demand Item with requisite Certificate* and

2) **PROOF OF CLAIM** that PNC MORTGAGE did not issue and send a satisfaction letter, prepared, executed and delivered by PNC MORTGAGE on September 14, 2013, stating the cash payment was made in full, and;

3) **PROOF OF CLAIM**, that Non Cash Asset is not certified funds as per U.C.C. 3-409 (d),and were not accepted for account number 1000130406.

4) **PROOF OF CLAIM**, that PNC MORTGAGE, did not send back the Non-Cash Demand Item, and;

5) **PROOF OF CLAIM**, that PNC MORTGAGE is not allowed to match, declare, frame or realize payment intangibles, and;

6) **PROOF OF CLAIM**, that PNC MORTGAGE did not return the Non-Cash asset by the fourth day, and;

7) **PROOF OF CLAIM**, that I signed a new Deed of Trust and a new promissory note that I re-instated an executory contract.

**TAKE NOTICE OF THE FOLLOWING:**

a) The letter received by your bank on, September 27, 2013 stating that the funds were not satisfactory may make PNC MORTGAGE and the managerial efforts of corporate officer's suspicious and may be held liable on a complaint. I need a more definite clarification of how you acquired the originating funds, as I was the "Issuer" first party transferor, of whose Security Entitlement and entitlement to third party beneficiary profits where omitted as I have not received just restitution and recovery to date.

b) Suggested, obtained and authenticated uncontroverted evidence of your agencies violations may be sent to the Public Company Accounting Oversight Board for violations of prohibitive acts under the Sarbanes Oxley Act if you do not make good on this opportunity.

c) Actual loss, attorney's fees and costs under the **Uniform Residential Mortgage Satisfaction.**

You may have formally accepted each and every assertion herein as they operate in favor of the undersigned Entitlement holder, due to your breach of duty to third party beneficiary/Issuer unless you can prove to the contrary.

If the previous "instrument" Non-Cash Asset (Financial Asset) was tendered and not accepted, do you agree that the matter/account/debt is discharged by operation of law within the object of tender pursuant to UCC 3-603?

In the event that the debt collector and/or Alleged Creditor, does not respond to this "Reasonable Opportunity to Cure or Agreement to Arbitrate/Negotiate" within 30 days or negligently does not request for an extension of time within the same prescribed time period, with good cause shown therein, the debt collector, and/or Alleged Creditor will have admitted that the undersigned is entitled to the proceeds gained by the debt collector and/or Alleged Creditor, which were omitted, by taking advantage of the undisclosed framed conversion of the note; That debt collector, and/or Alleged Creditor will have admitted that the undersigned has a lawful, just and fair claim regarding this alleged account, and is entitled to debt collector and/or Alleged Creditor's share of the pro rata distribution of 10% of the gains or profits from the sale of the note or Transfer of the Security. Furthermore, debt collector and/or Alleged Creditor, tacitly consents and agrees that pay contribution and restitution are due to the undersigned for all costs

incurred from past monthly payments, fees, and expenses incurred defending against any and all collection.

Your non-response to provide "Proof of Claim" within the time specified in this reasonable opportunity and entitlement order within the normal course of business will have the appearance of omitting material facts or mismanagement and miscarriage of duties. Any response that lacks specific evidence might be viewed with distrust and tacit acceptance will be taken on your part as formally exercised pursuant to your silence as there is an established relationship arising from the same transaction as is this investment contract under the three prong test of the Howey Test.

This agreement and opportunity to cure will have the effect of an instrument under seal and will constitute a self-executing security agreement, hereinafter referred to as "Agreement", between the parties, under commercial law, upon your failure to provide the above proofs of claim to your general acquiescence or non-response and is made and entered into on the date of dishonor certified by a "notary certificate of non-response".

If no verified evidence is afforded to me to cast any of my doubts, regarding the above referenced alleged debt and unless a signed written agreement or Power of Attorney is provided to me stating who the Entitlement Holder is within 30 days of this notice, PNC MORTGAGE tacitly admits that no verifiable, lawful, fair and just claim exists and that PNC MORTGAGE is a Servicer without authorization given by the Indentured Trustee or anybody with the managerial authority or power, to act on its behalf for the Certificate Holders or Investors.

**The undersigned hereby asserts and gives notice of adverse claim, in support of a "clean hand doctrine", "full disclosure", and "good faith dealings", under the laws of the State of California and certified is intended for an out-of-court resolution or arbitration.**

This Agreement to Arbitrate/Negotiate and Opportunity to Cure represents the contract between the "Issuer" Amy Gross and the securities intermediary and may not be modified unless agreed upon by both parties in writing and signed by both parties.

The Agreement is NOT dischargeable in bankruptcy court unless otherwise agreed to by both parties and is communicated in writing.

NOTE:  All responses must be sent to the undersigned c/o the below named third party mail escrow agent Notary.

**THIRD PARTY MAIL ESCROW AGENT**
PERIKLIS N KARANIKOLAOU, NOTARY
22647 VENTURA BLVD NO 456
WOODLAND HILLS, CA 91364

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE PRINCIPAL APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**

Thank you for your prompt attention to this serious matter.

Sincerely,

Amy Lisa Gross

By _Shelley Gross, as attorney in fact_

Shelley Gross as her attorney in fact

All Rights Reserved

**NOTICE**: Using of a notary on this document is for verification and identification purpose and not for entrance into any foreign or fictitious jurisdiction.

## ACKNOWLEDGMENT

State of California
County of Los Angeles

On May 16 2014  before me, PERIKLIS N. KARANIKOLAOU personally appeared Shelley Gross, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

By _Shelley gross as attorney in fact_

Amy Lisa Gross, Shelley Gross as her attorney in fact.

Instrument No. RECONVEYANCE-RE303937236US-ALG

**Registered No.** RE303937236US

| Reg. Fee | $11.95 | | Dat Stamp |
|---|---|---|---|

| Handling Charge | $0.00 | Return Receipt | $4.00 |
|---|---|---|---|
| Postage | $1.40 | Restricted Delivery | $0.00 |

Received by D. N

WOODLAND HILLS CA 913
MAY 16 2014
USPS

| Customer Must Declare, Full Value $ | $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
|---|---|---|

To Be Completed By Post Office

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must be in Ballpoint or Typed

FROM  PERIKIS N KARANIKOLAOU
22647 Ventura Blvd
No 456
WOODLAND HILLS, CA 91364

TO  PNC MORTGAGE
323 Newark Drive, Bld 7
Miamisburg, OH, 45342-5421
Phil Cunningham VP Joe Cartellone, CEO

PS Form 3806, **Receipt for Registered Mail**  Copy 1 - Customer
May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PNC MORTGAGE
323 Newark Drive, Bld 7
Miamisburg, OH 45342-5421
Attention:
Phil Cunningham, Executive VP
Joe Cartellone, Pres. & CEO

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name ) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
RE 303 937 236 US

PS Form 3811, July 2013  Domestic Return Receipt

---

WOODLAND HILLS MAIN PO
WOODLAND HILLS, California
913679998
0581020210 -0094
05/16/2014  (800)275-8777  01:40:40 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MIAMISBURG OH 45342 Zone-8 First-Class Mail Large Env 2.20 oz. | | | $1.40 |
| Expected Delivery: Mon 05/19/14 | | | |
| *** Return Rcpt (Electronic) | | | $1.35 |
| Use label # RE303937236US for inquiry on Return Receipt (Electronic). | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ ~~ Registered | | | $11.95 |
| Insured Value: | | $0.00 | |
| Article Value: | | $0.00 | |
| USPS Registered Mail #: RE303937236US | | | |
| Issue PVI: | | | ======== $17.40 |
| DES MOINES IA 50328 Zone-7 First-Class Mail Large Env 2.30 oz. | | | $1.40 |
| Expected Delivery: Mon 05/19/14 | | | |
| *** Return Rcpt (Electronic) | | | $1.35 |
| Use label # RE303937240US for inquiry on Return Receipt (Electronic). | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ ~~ Registered | | | $11.95 |
| Insured Value: | | $0.00 | |
| Article Value: | | $0.00 | |
| USPS Registered Mail #: RE303937240US | | | |
| Customer Postage | | | -$1.00 |
| Issue PVI: | | | ======== $16.40 |
| Total: | | | $33.80 |

Paid by:
Cash  $100.00
Change Due:  -$66.20

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

USPS.com® – USPS Tracking™

6/29/14, 7:42 PM

English     Customer Service     USPS Mobile

Register / Sign In


USPS.COM

Search USPS.com or Track Packages

Quick Tools          Mail a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **RE303937236US**

Expected Delivery Day: **Monday, May 19, 2014**

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Registered Mail™ | Return Receipt |

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 21, 2014 , 10:04 am** | **Delivered** | **MIAMISBURG, OH 45342** |

Text Updates

Email Updates

Your item was delivered at 10:04 am on May 21, 2014 in MIAMISBURG, OH 45342.

| May 21, 2014 , 9:47 am | Available for Pickup | MIAMISBURG, OH 45342 |
| May 21, 2014 , 9:08 am | Arrival at Unit | MIAMISBURG, OH 45342 |
| May 16, 2014 , 6:07 pm | Depart Post Office | WOODLAND HILLS, CA 91367 |
| May 16, 2014 , 1:35 pm | Acceptance | WOODLAND HILLS, CA 91367 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=RE303937236US

**UNITED STATES**
**POSTAL SERVICE**

Date: May 26, 2014

PERIKLIS KARANIKOLAOU:

The following is in response to your May 26, 2014 request for delivery information on your Registered Mail™ item number RE303937236US. The delivery record shows that this item was delivered on May 21, 2014 at 10:04 am in MIAMISBURG, OH 45342. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

2) Affiant did execute presentment, and deposited same at an official depository under the exclusive face and custody of the U.S. Postal Office in Woodland Hills, California by REGISTERED Mail Article Number RE 303 937 236 US; and,

3) Affiant has verification that the mail article number, RE 303 937 236 US, was delivered on May 21, 2014 at 10:04 am and was received and signed by an agent of PNC MORTGAGE. (see annexed document); and

4) That the time that PNC MORTGAGE had to respond concluded on June 23, 2014; and

5) That no response/rebuttal to presentment of AMY LISA GROSS, is evidenced by U.S. Mail or any other private mail carrier.

6) Affiant further says no more.

SUBSCRIBED AND SWORN _____

PERIKLIS N KARANIKOLAOU, NOTARY
Third Party Mail Escrow Agent

**JURAT**

State of California      )
                         )
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this __24th__ day of June, 2014, by PERIKLIS N KARANIKOLAOU, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____    SEAL



Form No. COV-PNC-20140624-ALG

Page 2 of 2

**Third Party Mail Escrow Agent**
PERIKLIS N KARANIKOLAOU, Notary
22647 VENTURA BLVD NO. 456
WOODLAND HILLS, CA 91364

Shelley A. Gross, Agent for AMY LISA GROSS

RE: <u>NON RESPONSE</u> TO "**AGREEMENT TO ARBITRATE/NEGOTIATE AND OPPORTUNITY TO CURE PNC MORTGAGE UNDER THE UNIFORM RESIDENTIAL MORTGAGE SATISFACTION ACT TO CURE ITS FAILURE TO RECORD A TIMELEY SATISFACTION AND RECONVEYANCE. CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM UPON PNC MORTGAGE CLAIM FOR CONSTRUCTIVE FRAUD ON THE INVESTMENT CONTRACT AGREEMENT FOR THE DISCHARGE OF OBLIGATION**"

Dear Shelley,

To date PNC MORTGAGE, has not responded to your presentment, Instrument No. RECONVEYANCE-RE303937236US-ALG, which I mailed for you to 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham, Executive Vice President of Mortgage Services and Mr. Joe Cartellone, Chief Executive Officer and President by Registered Mail number RE303937236US on 16th of May 2014.

## COMMERCIAL OATH AND VERIFICATION

The State of California )

County of Los Angeles )

<span style="text-decoration: line-through;">Commercial Oath and Verification</span>

Third Party Mail Escrow Agent, PERIKLIS N KARANIKOLAOU, Notary, under his Commercial Oath, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of his private first hand knowledge and belief under penalty of International Commercial Law.

1) Affiant did send presentment on May 16, 2014, for AMY LISA GROSS through her attorney in fact Shelley Gross, to PNC MORTGAGE, addressed at 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham, Executive Vice President of Mortgage Services and Mr. Joe Cartellone, Chief Executive Officer and President; and,

# AFFIDAVIT

## NOTARY PRESENTMENT
## with CERTIFICATION OF MAILING

It is hereby certified, that this 24ᵗʰ day of June, 2014,
the undersigned Notary shall mail to:

PNC MORTGAGE
3232 Newmark Drive
Building 7
Miamisburg, OH 45342-5421
Mr. Phil Cunningham, EVP of Mortgage Services and Mr. Joe Cartellone, CEO and President

### RE: REGISTERED MAIL, Article No. RE 303 937 236 US; NOTICE OF FAULT AND OPPORTUNITY TO CURE

Hereinafter, "Recipient", the documents and sundry papers pertaining to the Notice of Fault and Opportunity to Cure in Re to the 'Demand for Recordation of Reconveyance of Title' with agreement thereafter between Claimant, Amy Lisa Gross and Respondent, PNC MORTGAGE, 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Mr. Phil Cunningham, EVP of Mortgage Services and Mr. Joe Cartellone, CEO and President, otherwise and herein identified as follows:

1. ✓ True copy of Notice of Fault and Opportunity to Cure **Instrument No. NOFOTC-RE303937253US-PNC-ALG**

2. ✓ True Copy of Affidavit of Notary Presentment with Certification of Mailing, **FORM NO. NCOS-NOFOTC-RE303937253US-PNC-ALG**

by REGISTERED MAIL RE 303 937 253 US with Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Office within the State of California.

by *Shelley Gross attorney in fact*
Shelley A. Gross, Agent for Amy Lisa Gross

### ACKNOWLEDGMENT

State of California     )
                  ) s.s. for Verification only
County of Los Angeles   )

On June 24, 2014 before me, PERIKLIS N KARANIKOLAOU, Notary, personally appeared Shelley Gross, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and who acknowledged to me that she executed the same in her authorized capacity, and by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.
I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION
by *Shelley Gross attorney-in-fact*
Shelley A. Gross, Agent for Amy Lisa Gross

[Note: Notary PERIKLIS N KARANIKOLAOU is not an attorney licensed to practice law in the state of California and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

**FORM NO. NCOS-NOFOTC-RE303937253US-PNC-ALG**

**Registered Mail No. RE 303 937 253 US**

Amy Lisa Gross
6732 Auburn Drive
Huntington Beach, California Republic

PNC MORTGAGE
3232 Newmark Drive
Building 7
Miamisburg, OH 45342-5421
Mr. Phil Cunningham, Executive Vice President of Mortgage Services
Mr. Joe Cartellone, Chief Executive Officer and President

After Recording Return to
AMY LISA GROSS
c/o THIRD PARTY MAIL ESCROW AGENT
PERIKLIS N. KARANIKOLAOU, NOTARY
22647 VENTURA BLVD, NUMBER 456
WOODLAND HILLS, CA 91364

June 23, 2014

# NOTICE OF FAULT AND OPPORTUNITY TO CURE AND PERFORM

**RE:**  REQUEST FOR DEBT VALIDATION PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT (15 USC §1601, ET SEQ)
PNC MORTGAGE Former Account Number 1000130406, originating under Former Account Number 0051193448

Attention all concerned:

On May 15, 2014, the undersigned caused to be sent to you a Request for Validation of Debt, Instrument No. RECONVEYANCE-RE303937236US-ALG.

---

Instrument No. NOFOTC-RE303937253US-PNC-ALG                                    Page 1 of 3

You failed to perform and validate the debt after receiving these presentments from the Third Party Mail Escrow Agent, PERIKLIS N. KARANIKOLAOU, NOTARY, on behalf and for Amy Lisa Gross, Declarant, by Shelley Gross, Agent and Attorney-in-fact. You failed to provide 'proof(s) of claim' and did not bring forward point by point and did fail to produce the "proof(s)" as requested in respect to the 'proof(s) of claim' outlined in Instrument No. RECONVEYANCE-RE303937236US-ALG, you did not request for more time and as such are held to all terms and conditions presented by Private Registered Mail No. RE 303 937 236 US postmarked on May 16, 2014.

As the respondent, you are now at fault and you are stopped from maintaining the original collection action pursuant to, but not limited to, 15 USC §1692g(b) and where you have agreed that you are collecting on an invalid debt through and by your dishonor. You have the right to cure this fault and perform according to said terms within Three (3) days (Plus Three (3) days for mailing) from the date of receipt of this Notice.

Should you fail to cure your fault of non-response and perform in accordance with 15 USC §1601, et seq, within the allotted time described herein, I will establish an Affidavit of Default, along with a Letter of Determination, and inclusive of Agreement by judgment for Failure to Validate the Debt and obtain a Notary Certificate of Non-Response pursuant to and relative to UCC, State Statute and otherwise, but not limited to a Notice of Entry of Default and a Notice of Entry of Judgment to be filed in the appropriate venue, along with the corresponding order, writ of attachment and writ of execution.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
## NOTICE TO THE AGENT IS NOTICE PRINCIPAL
### APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## NOTE:  All responses must be sent to the undersigned c/o the below named third party mail escrow agent Notary.

### THIRD PARTY MAIL ESCROW AGENT
PERIKLIS N KARANIKOLAOU, NOTARY
22647 VENTURA BLVD NO 456
WOODLAND HILLS, CA 91364



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **PERIKLIS N. KARANIKOLAOU** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___21st___ day of ___October___, 2014

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CHRISTINE JOH, Deputy County Clerk

BRF03-3/3/2009

Thank you for your prompt attention to this most serious matter.

All Right Rights Reserved UCC 1-308

by *Shelley Gross   attorney-in-fact*

Shelley Gross, Attorney-in-fact for Amy Gross

Notice: Using a notary on this document is for verification and identification purpose only and not for entrance into any foreign or fictitious jurisdiction.

# ACKNOWLEDGMENT

State of California            )
                              ) s.s. for Verification only
County of Los Angeles   )

On June 24, 2014 before me, PERIKLIS N KARANIKOLAOU, Notary, personally appeared Shelley Gross, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and who acknowledged to me that she executed the same in her authorized capacity, and by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
(Signature of Notary)

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

by *Shelley Gross   attorney in fact*

Shelley Gross, attorney in fact for Amy Lisa Gross

Instrument No. NOFOTC-RE303937253US-PNC-ALG                    Page 3 of 3

**Third Party Mail Escrow Agent**
PERIKLIS N KARANIKOLAOU, Notary
22647 VENTURA BLVD NO. 456
WOODLAND HILLS, CA 91364

Shelley A. Gross, Agent for AMY LISA GROSS

RE: <u>**NOTICE OF FAULT AND OPPORTUNITY TO CURE AND PERFORM**</u>
**RE: REQUEST FOR DEBT VALIDATION PURSUANT TO FAIR DEBT
COLLECTION PRACTICES ACT (15 USC § 1601, ET SEQ) PNC MORTGAGE
Former Account Number 1000130406, originating under Former Account Number
0051193448**

Dear Shelley,

To date PNC MORTGAGE, has not responded to your presentment, Instrument No.
NOFOTC-RE303937253US-PNC-ALG, which I mailed for you to 3232 Newmark Drive,
Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham, Executive Vice
President of Mortgage Services and Mr. Joe Cartellone, Chief Executive Officer and
President by Registered Mail number RE 303 937 253 US on 24th of June 2014.

# COMMERCIAL OATH AND VERIFICATION

The State of California        )
                               )        Commercial Oath and Verification
County of Los Angeles          )

Third Party Mail Escrow Agent, PERIKLIS N KARANIKOLAOU, Notary, under his
Commercial Oath, proceeding in good faith being of sound mind states that the facts
contained herein are true, correct, complete and not misleading to the best of his private first
hand knowledge and belief under penalty of International Commercial Law.

1) Affiant did send presentment on June 24, 2014, for AMY LISA GROSS through her
   attorney in fact Shelley Gross, to PNC MORTGAGE, addressed at 3232 Newmark
   Drive, Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham,
   Executive Vice President of Mortgage Services and Mr. Joe Cartellone, Chief
   Executive Officer and President; and,

2) Affiant did execute presentment, and deposited same at an official depository under
   the exclusive face and custody of the U.S. Postal Office in Woodland Hills,
   California by REGISTERED Mail Article Number RE 303 937 253 US; and,

Form No. COV-PNC-NOFOTC-20140708-ALG                                    Page 1 of 2

3) Affiant has verification that the mail article number, RE 303 937 253 US, was delivered on July 1, 2014 at 10:18 am and was received and signed by an agent of PNC MORTGAGE. (see annexed document); and

4) That the time that PNC MORTGAGE had to respond concluded on July 07, 2014; and

5) That no response/rebuttal to presentment of AMY LISA GROSS, is evidenced by U.S. Mail or any other private mail carrier.

6) Affiant further says no more.

SUBSCRIBED AND SWORN _____

PERIKLIS N KARANIKOLAOU, NOTARY
Third Party Mail Escrow Agent

## JURAT

State of California      )
                               )
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this _9th_ day of July, 2014, by PERIKLIS N KARANIKOLAOU, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAL



'AIN PO
WOODLAN.   'lifornia
913679996
0581020210 -0098
06/24/2014   (800)275-8777   04:55:11 PM

```
                Sales Receipt
Product        Sale  Unit      Final
Description    Qty   Price     Price
```

Pre-paid Mailpiece Acceptance
 0 lbs.  13.50 oz.
HUNTERSVILLE, NC 28078
 Acceptance Date: 6/24/2014 4:52:20 PM
 Label#:42028078940551089935902459548G
MIAMISBURG OH 45342 Zone-8                $1.19
First-Class Mail Large Env
 1.80 oz.
 Expected Delivery: Fri 06/27/14
*** Return Rcpt                           $1.35
(Electronic)
Use label # RE303937253US for inquiry
on Return Receipt (Electronic).
Return Rcpt (Green Card)                  $2.70
@@ ~~ Registered                        $11.95
 Insured Value:             $0.00
 Article Value:             $0.00
 USPS Registered Mail #:
 RE303937253US
                                       =========
Issue PVI:                               $17.19

DES MOINES IA 50328 Zone-7               $1.19
First-Class Mail Large Env
 1.80 oz.
 Expected Delivery: Fri 06/27/14
*** Return Rcpt                          $1.35
(Electronic)
Use label # RE303937267US for inquiry
on Return Receipt (Electronic).
Return Rcpt (Green Card)                 $2.70
@@ ~~ Registered                        $11.95
 Insured Value:             $0.00
 Article Value:             $0.00
 USPS Registered Mail #:
 RE303937267US
                                       =========
Issue PVI:                               $17.19

Total:                                   $34.38

Paid by:
Cash                                     $40.00
Change Due:                              -$5.62

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*** IMPORTANT: For Return-Receipt
(Electronic), wait one day, go to
USPS.com; select Track & Confirm; enter
label number(s); select 'Request Return
Receipt (Electronic)'; enter your name and
email address. Please make your request
within 60 days.
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up fo
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000205145658.
Clerk: 18

 All sales final on stamps and postage
 Refunds for guaranteed services only
           'or your business
   **********************************
 **
 **

---

Registered No.                              Date Stamp

Reg. Fee

Handling          Return
Charge            Receipt
Postage           Restricted
                  Delivery
Received by

Customer Must Declare    Domestic Insurance up to $25,000 is included
Full Value $             based upon the declared value. International
                         Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Amy Gross 9/o PurkLis W. Konanluho
      22647 Ventura Blvd No 458
      WOODLAND HILLS, CA 91364

TO    PNC MORTGAGE
      3232 Newmark Dr Bldg 7
      Miamisburg, OH 45343
      Att: Phil Cunningham Joe Cartellong

PS Form 3806,        Receipt for Registered Mail   Copy 1-Customer
May 2017 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

RE 303 937 253 US

Domestic Return Receipt

PS Form 3811, July 2013

Registered Mail No. RE 031 304 660 US

# Affidavit

### *A Security*
### *(as by Title 15 U.S.S.E.C. Tracer Flag – Not a point of Law)*

**July 1, 2014**

PNC MORTGAGE
3232 Newmark Drive
Building 7
Miamisburg, OH 45342-5416
Mr. Phil Cunningham, EVP of Mortgage Services and Mr. Joe Cartellone, CEO and President

*This is a verified plain statement of fact as by the following:*

1) On or about June 29, 2014, Affiant received a letter issued by PNC MORTGAGE;

2) Letter issued by PNC MORTGAGE was dated June 20, 2014;

3) On July 1, 2014, Affiant Refused for Cause, without dishonor as by Uniform Commercial Code Article 3 section 501 (U.C.C. 3-501) the Letter issued by PNC MORTGAGE, Legal Department;

4) Affiant marked and inscribed coverpage and envelope "Refused for Cause without dishonor UCC 3-501" and placed said letter with all contents of letter with envelope in another envelope, thereby returning the letter with contents along with the envelope presented by PNC MORTGAGE., being returned for cause without dishonor UCC 3-501 back to PNC MORTGAGE;

5) Affiant acknowledges that letter issued by PNC MORTGAGE, dated June 20, 2014, does not constitute re-contracting whatsoever and does not make nullification as to the initial presentment being sent on May 16, 2014, by Third Party Mail Escrow Agent, Notary PERIKLIS N KARANIKOLAOU;

6) Affiant also acknowledges that presentment sent by Third Party Mail Escrow Agent on May 16, 2014, is for the purpose to dispute said debt, whereby allowing PNC MORTGAGE, inclusive of the CEO and CFO, the responsible Officers of the corporation, the opportunity to provide verification of alleged obligation and/or "debt" as defined by public policy under Title 15 of the United States Code Section 1692(g), for the validation of debt, being performed under penalty of perjury and where it is the

FORM NO. AFF-RFCWD-PNC-20140702-RE031304660US-AG                    Page 1 of 4

obligation of the corporate officers to perform as by the Sarbanes Oxley Act and as by the Fair Debt Collection Practices Act.

## Take notice to the following:

## Maxims:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The **Corporate Legal Power is secondary to Commercial Guarantors**. Case law is not a responsible substitute for a Bond.

**Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).**

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a *summary judgment (non-jury)* without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

*It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.*

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS  All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance.  Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

Pursuant to the FIRST SESSION OF THE NINETY-FIFTH CONGRESS Volume 91 Public Law No. 109 (Public Law 95-109), page 874, and as by Title 15 of the United States Code Section 1692(g), for the policy governing the Validation of Debt.

"§ 803. Definitions    and as by public policy at 15 USC 1692a.
"As used in this title-
"(1) The term `Commission' means the Federal Trade Commission .
"(2) The term 'communication' means the conveying of information regarding a debt directly or indirectly to any person through any medium.
"(3) The term `consumer' means any natural person obligated or allegedly obligated to pay any debt.
"(4) The term `creditor' means any person who offers or extends credit creating a debt or to whom a debt is owed, but such terns does not include any person to the extent that he receives an assignment or transfer of a debt in default solely for the purpose of facilitating collection of such debt for another.
"(5) The term `debt' means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.
"(6) The term `debt collector' means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another . Notwithstanding the exclusion provided by clause (G) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts . For the purpose of section 808(6), such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests . The term does not include-
　　　"(A) any officer or employee of a creditor while, in the name of the creditor, collecting debts for such creditor ;
　　　"(B) any person while acting as a debt collector for another person, both of whom are related by common ownership or affiliated by corporate control, if the person acting as a debt collector does so only for persons to whom it is so related or affiliated and if the principal business of such person is not the collection of debts ;
　　　"(C) any officer or employee of the United States or any State to the extent that collecting or attempting to collect any debt is in the performance of his official duties ;
　　　"(D) any person while serving or attempting to serve legal process on any other person in connection with the judicial enforcement of any debt :
　　　"(E) any nonprofit organization which, at the request of consumers, performs bona fide consumer credit counseling and assists consumers in the liquidation of their debts by receiving payments from such consumers and distributing such amounts to creditors ;
　　　"(F) any attorney-at-law collecting a debt as an attorney on behalf of and in the name of a client ; and
　　　"(G) any person collecting or attempting to collect any debt owed or due or asserted to be owed or due another to the extent such activity (i) is incidental to a bona fide fiduciary obligation or a bona fide escrow arrangement ; (ii) concerns a debt which was originated by such person ; (iii) concerns a debt which was not in default at the time it was obtained by such person ; or (iv) concerns a debt obtained by such person as a secured party in a commercial credit transaction involving the creditor.
"(7) The term `location information' means a consumer's place of abode and his telephone number at such place, or his place of employment .
"(8) The term `State' means any State, territory, or possession of the United States, the District of Columbia, the Commonwealth of Puerto Rico, or any political subdivision of any of the foregoing

Further Affiant sayeth naught,

All Right Rights Reserved UCC 1-308

by *Shelley Gross*

Shelley Gross


# JURAT

State of California            )
                               ) s.s. for *Verification and certification only*
County of Los Angeles          )

Subscribed and or affirmed before me on this _1st_ day of _July_, 2014 by Shelley Gross, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under PENALTY of PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

by: *Shelley Gross*

Shelley Gross

**Note:** Notary is not an attorney licensed to practice law in the state of California and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.

FORM NO. AFF-RFCWD-PNC-20140702-RE031304660US-AG

Page 4 of 4

USPS.com® – USPS Tracking™

7/1/14, 5:58 PM

English          Customer Service          USPS Mobile

Register / Sign In



Search USPS.com or Track Packages

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: **RE303937253US**

Expected Delivery Day: **Wednesday, July 2, 2014**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Registered Mail™

Return Receipt

### Available Actions

Return Receipt Electronic

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 1, 2014 , 10:18 am** | Delivered | **MIAMISBURG, OH 45342** |

Email Updates

| | | |
|---|---|---|
| July 1, 2014 , 9:50 am | Available for Pickup | MIAMISBURG, OH 45342 |
| July 1, 2014 , 9:25 am | Arrival at Unit | MIAMISBURG, OH 45342 |
| June 24, 2014 , 6:13 pm | Depart Post Office | WOODLAND HILLS, CA 91367 |
| June 24, 2014 , 4:52 pm | Acceptance | WOODLAND HILLS, CA 91367 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**UNITED STATES**
**POSTAL SERVICE**

Date: July 1, 2014

PERIKLIS KARANIKOLAOU:

The following is in response to your July 1, 2014 request for delivery information on your Registered Mail™ item number RE303937253US.  The delivery record shows that this item was delivered on July 1, 2014 at 10:18 am in MIAMISBURG, OH 45342. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**Third Party Mail Escrow Agent**
PERIKLIS N KARANIKOLAOU, Notary
22647 VENTURA BLVD NO. 456
WOODLAND HILLS, CA 91364

Shelley A. Gross, Agent for AMY LISA GROSS

RE: **NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**
**RE: REQUEST FOR DEBT VALIDATION PURSUANT TO FAIR DEBT**
**COLLECTION PRACTICES ACT (15 USC § 1601, ET SEQ)**
**PNC MORTGAGE Former Account Number 1000130406, originating under Former**
**Account Number 0051193448**

Dear Shelley,

To date PNC MORTGAGE, has not responded to your presentment, Form No. NODOC-PNC-RE303864635US-ALG, which I mailed for you to 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham, Executive Vice President of Mortgage Services and Mr. Joe Cartellone, Chief Executive Officer and President by Registered Mail number RE 303 937 253 US on 09th of July 2014

# COMMERCIAL OATH AND VERIFICATION

The State of California          )
                                 )          Commercial Oath and Verification
County of Los Angeles            )

Third Party Mail Escrow Agent, PERIKLIS N KARANIKOLAOU, Notary, under his Commercial Oath, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of his private first hand knowledge and belief under penalty of International Commercial Law.

1) Affiant did send presentment on July 09, 2014, for AMY LISA GROSS through her attorney in fact Shelley Gross, to PNC MORTGAGE, addressed at 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Attention: Mr. Phil Cunningham, Executive Vice President of Mortgage Services and Mr. Joe Cartellone, Chief Executive Officer and President; and,

2) Affiant did execute presentment, and deposited same at an official depository under the exclusive face and custody of the U.S. Postal Office in Woodland Hills, California by REGISTERED Mail Article Number RE 303 864 635 US; and,

Form No. COV-PNC-NODOTC-20140818-ALG                          Page 1 of 2



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **CHRISTIAN D. SILVER** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___**21st**___ day of ___**October**___, 2014

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CHRISTINE JOH, Deputy County Clerk

BRF03-3/3/2009

3)  Affiant has verification that the mail article number, RE 303 864 635 US, was delivered on July 14, 2014 at 10:17 am and was received and signed by an agent of PNC MORTGAGE. (see annexed document); and

4)  That the time that PNC MORTGAGE had to respond concluded on July 19, 2014; and

5)  That no response/rebuttal to presentment of AMY LISA GROSS, is evidenced by U.S. Mail or any other private mail carrier.

6)  Affiant further says no more.

SUBSCRIBED AND SWORN _____

PERIKLIS N KARANIKOLAOU, NOTARY
Third Party Mail Escrow Agent

## JURAT

State of California        )
                           )
County of Los Angeles      )

Subscribed and sworn to (or affirmed) before me on this __18__ day of ~~July,~~ *August* 2014, by PERIKLIS N KARANIKOLAOU, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____        SEAL



**Form No. COV-PNC-NODOTC-20140818-ALG**

Page 2 of 2

# AFFIDAVIT

## NOTARY PRESENTMENT
## with CERTIFICATION OF MAILING

It is hereby certified, that this 9th day of July, 2014,
the undersigned Notary shall mail to:

PNC MORTGAGE
3232 Newmark Drive
Building 7
Miamisburg, OH 45342-5421
Mr. Phil Cunningham, EVP of Mortgage Services and Mr. Joe Cartellone, CEO and President

### RE: REGISTERED MAIL, Article No. RE 303 937 236 US; NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Hereinafter, "Recipient", the documents and sundry papers pertaining to the Notice of Default and Opportunity to Cure in Re to the 'Demand for Recordation of Reconveyance of Title' with agreement thereafter between Claimant, Amy Lisa Gross and Respondent, PNC MORTGAGE, 3232 Newmark Drive, Building 7, Miamisburg, OH 45342-5421, Mr. Phil Cunningham, EVP of Mortgage Services and Mr. Joe Cartellone, CEO and President, otherwise and herein identified as follows:

1. ____True copy of Notice of Default and Opportunity to Cure, FORM No. NODOC-PNC-RE303864635US-ALG

2. ____True Copy of Affidavit of Notary Presentment with Certification of Mailing, FORM NO. NCOS-NODOC-PNC-RE303864635US-ALG

by REGISTERED MAIL RE 303 864 635 US with Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Office within the State of California.

by *Shelley Gross agent in fact*
Shelley A. Gross, Agent for Amy Lisa Gross

### ACKNOWLEDGMENT

State of California )
) s.s. for Verification only
County of Los Angeles )

On July 9, 2014 before me, PERIKLIS N KARANIKOLAOU, Notary, personally appeared Shelley Gross, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and who acknowledged to me that she executed the same in her authorized capacity, and by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

by: *Shelley Gross agent in fact*
Shelley A. Gross, Agent for Amy Lisa Gross

[Note: Notary PERIKLIS N KARANIKOLAOU is not an attorney licensed to practice law in the State of California and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

FORM NO. NCOS-NODOC-PNC-RE303864635US-ALG

**Registered Mail No. RE 303 864 635 US**

Amy Lisa Gross
6732 Auburn Drive
Huntington Beach, California Republic

PNC MORTGAGE
3232 Newmark Dr.
Building 7
Miamisburg, OH 45342
Mr. Phil Cunningham, Executive Vice President of Mortgage Services
Mr. Joe Cartellone, Chief Executive Officer and President

After Recording Return to
AMY, LISA GROSS
c/o THIRD PARTY MAIL ESCROW AGENT
PERIKLIS N. KARANIKOLAOU, NOTARY
22647 VENTURA BLVD, NUMBER 456
WOODLAND HILLS, CA 91364

July 9, 2014

# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

**RE: REQUEST FOR DEBT VALIDATION PURSUANT TO FAIR DEBT
COLLECTION PRACTICES ACT (15 USC §1601, ET SEQ)**
PNC MORTGAGE Former Account Number 1000130406, originating under Former
Account Number 0051193448

Attention all concerned:

On May 16, 2014, the undersigned caused to be sent to you a Request for Validation of Debt, Instrument No. RECONVEYANCE-RE303937236US-ALG.

You failed to perform and validate the debt after receiving these presentments from the Third Party Mail Escrow Agent, PERIKLIS N. KARANIKOLAOU, NOTARY, on behalf and for Amy Lisa Gross, Declarant, by Shelley Gross, Agent and Attorney-in-fact. You failed to provide 'proof(s) of claim' and did not bring forward point by point and did fail to produce the "proof(s)" as requested in respect to the 'proof(s) of claim' outlined in Instrument No. RECONVEYANCE-RE303937236US-ALG you did not request for more

time and as such are held to all terms and conditions presented by Private Registered Mail No. RE 303 937 236 US postmarked on May 16, 2014.

As the respondent, you are now in default.  On June 24, 2014 affiant caused to be sent to Respondent, a "Notice of Fault and Opportunity to Cure and Perform" in re Request for Debt Validation Pursuant to Fair Debt Collections Practices Act, Instrument No. NOFOTC-RE303937253US-PNC-ALG. Said presentment arrived and was accepted by Respondent on July 1, 2014, at 10:18am, and that after receiving said presentment, Respondent chose to refuse to respond or otherwise failed  to answer and cure their fault of non-response, thereby placing themselves in Default and are stopped from maintaining the original collection action.

You are stopped from maintaining the original collection action pursuant to, but not limited to, 15 USC §1692g (b) and where you have agreed that you are collecting on an invalid debt through and by your dishonor.  You have the right to cure this default and perform according to said terms within Three (3) days (Plus Three (3) days for mailing) from the date of receipt of this Notice.

Should you fail to cure your default of non-response and perform in accordance with 15 USC §1601, et seq, within the allotted time described herein, I will establish an Affidavit of Default, along with a Letter of Determination, and inclusive of a self-executing security agreement, thereby granting the Declarant with General Power of Attorney for the sole purpose to sign and execute any instrument or document by accommodation as it pertains to this commercial matter, all being administrated by judgment for Failure to Validate the Debt and obtain a Notary Certificate of Non-Response pursuant to and relative to Uniform Commercial Code and otherwise, but not limited to a Notice of Entry of Default and a Notice of Entry of Judgment to be filed in the appropriate venue, along with the corresponding order, writ of attachment and writ of execution.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE PRINCIPAL**
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

**NOTE:  All responses must be sent to the undersigned c/o the below named third party mail escrow agent Notary.**

**THIRD PARTY MAIL ESCROW AGENT**
PERIKLIS N KARANIKOLAOU, NOTARY
22647 VENTURA BLVD NO 456
WOODLAND HILLS, CA 91364

Thank you for your prompt attention to this most serious matter.

All Right Rights Reserved UCC 1-308

by *Shelley Gross, attorney in fact*

Shelley Gross, Attorney-in-fact for Amy Lisa Gross

Notice: Using a notary on this document is for verification and identification purpose only and not for entrance into any foreign or fictitious jurisdiction.

## ACKNOWLEDGMENT

State of California        )
                           ) s.s. for Verification only
County of Los Angeles  )

On July 9, 2014 before me, PERIKLIS N KARANIKOLAOU, Notary, personally appeared Shelley Gross, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and who acknowledged to me that she executed the same in her authorized capacity, and by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
(Signature of Notary)

PERIKLIS N. KARANIKOLAOU
COMM. #1987876
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 12, 2016

COPY CLAIM UNDER RESERVATION

by *Shelley Gross attorney in fact*

Shelley Gross, attorney in fact for Amy Lisa Gross

FORM No. NODOC-PNC-RE303864635US-ALG                    Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PNC MORTGAGE
3232 Newmark Drive
Building T
Miamisburg OH  45342-5421
Att: Joe Castellone
Phil Cunningham

2. Article Number
(Transfer from service label)

RE 031 304 660 US

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
                                 JUL 11 A.M.

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

---

Registered No.   RE031304660US          Date Stamp

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee | $11.95 | |
| Handling Charge | $0.00 | Return Receipt $2.70 |
| Postage | $1.61 | Restricted Delivery $0.00 |
| Received by | | |
| Customer Must Declare Full Value $ | $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

07/02/14

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM  Shubhi Gross
P.O. Box 570065
Tarzana CA 91356-9998

TO  PNC MORTGAGE
3, Newmark Dr Bld 7
Miamisburg OH 45342-5421
Attention: Joe Castellone Phil Cunningham

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

TARZANA PO
TARZANA, California
913569998
0581020195 -0099
07/02/2014   (800)275-8777   12:05:22 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MIAMISBURG OH 45342 Zone-8 First-Class Mail Large Env 3.50 oz. | | | $1.61 |
| Expected Delivery: Sat 07/05/14 | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ ~~ Registered | | | $11.95 |
| Insured Value: | | $0.00 | |
| Article Value: | | $0.00 | |
| USPS Registered Mail #: | | | |
| RE031304660US | | | |
| Issue PVI: | | | $16.26 |

Total:     $16.26

Paid by:
Cash        $20.01
Change Due:  -$3.75

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

```
                    WO
                          9136/9998         'nia
                        0501020210 -0098
07/09/2014      (800)275-8777    05:00:34 PM

                Sales Receipt
Product         Sale  Unit          Final
Description     Qty   Price         Price

MIAMISBURG OH 45342 Zone-8          $1.19
First-Class Mail Large Env
2.00 oz.
Expected Delivery: Sat 07/12/14
*** Return Rcpt                     $1.35
(Electronic)
Use label # RE303864635US for inquiry
on Return Receipt (Electronic).
Return Rcpt (Green Card)            $2.70
@@ ~~ Registered                   $11.95
Insured Value:            $0.00
Article Value:            $0.00
USPS Registered Mail #:
RE303864635US
Customer Postage                   -$1.00
                                 ========
Issue PVI:                         $16.19

Total:                             $16.19

Paid by:
Cash                               $20.25
Change Due:                        -$4.06

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*** IMPORTANT: For Return Receipt
(Electronic), wait one day, go to
USPS.com; select Track & Confirm; enter
label number(s), select 'Request Return
Receipt (Electronic)'; enter your name and
email address. Please make your request
within 60 days.
*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*******************************************
*******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000205162208
Clerk: 18

All sales final on stamps and postage
Refunds fr           services only
        Thank            ness
***********          ***********
***********          ***********
```

Registered No. RE303864635US    Date Stamp

| Reg. Fee | $11.95 |
| Handling Charge | $0.00 |
| Postage | $1.19 |
| Received by | |
| Return Receipt | $4.05 |
| Restricted Delivery | $0.00 |

0210
18
07/09/14

Customer Must Declare Full Value $  $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM  Amy Lisa Gress
c/o Perkins N. Karankibov
22647 Ventura Blvd No 456
Woodland Hills CA 91364

TO  PNC MORTGAGE
3 Miamisburg Marx Dr
Bld. 7
Miamisburg, OH 45342

PS Form 3806,  Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Domestic Return Receipt

3. Service Type
☐ Certified Mail  ☐ Priority Mail Express
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service...)   RE 303 864 635 US

1. Article Addressed to:

PNC Mortgage
3332 Newmark Dr.
Building 7
Miamisburg, OH 45342
Att: PNC Cunningham VP
Joe Cartilorie CEO

PS Form 3811, July 2013

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USPS.com® – USPS Tracking™

7/18/14, 1:33 AM

English          Customer Service          USPS Mobile                                                                    Register / Sign In

 USPS.COM                                                    Search USPS.com or Track Packages

# USPS Tracking™                                          📧  Customer Service ›
                                                              Have questions? We're here to help.

Tracking Number: RE303864635US

Expected Delivery Day: **Saturday, July 12, 2014**

## Product & Tracking Information                          Available Actions

**Postal Product:**       **Features:**
First-Class Mail®         Registered Mail™        Return Receipt          Return Receipt Electronic

|  |  |  | Text Updates |
| July 14, 2014 , 10:17 am | Delivered | **MIAMISBURG, OH 45342** | |
|  |  |  | Email Updates |

Your item was delivered at 10:17 am on July 14, 2014 in MIAMISBURG, OH 45342

| July 14, 2014 , 9:36 am | Available for Pickup | MIAMISBURG, OH 45342 |
| July 14, 2014 , 9:22 am | Arrival at Unit | MIAMISBURG, OH 45342 |
| July 9, 2014 , 6:02 pm | Depart Post Office | WOODLAND HILLS, CA 91367 |
| July 9, 2014 , 4:59 pm | Acceptance | WOODLAND HILLS, CA 91367 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                          ]          Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=RE303864635US

Page 1 of 2

**UNITED STATES**
**POSTAL SERVICE**

Date: July 18, 2014

PERIKLIS KARANIKOLAOU:

The following is in response to your July 18, 2014 request for delivery information on your Registered Mail™ item number RE303864635US. The delivery record shows that this item was delivered on July 14, 2014 at 10:17 am in MIAMISBURG, OH 45342. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

# Certifications and Witness

This Document Form Number **AFF-201401020-2-RE303796825US**
to which this certificate is affixed is

## C E R T I F I E D

A TRUE, CORRECT, and COMPLETE COPY
of the original,
Settlor and Principal
is holder-in-due-course of original

*Signature and Seal*
*By, Settlor and Principal*

Convention de La Haye du 5 Octobre 1961

**NOTICE:** Using a notary on this document does not constitute any adhesion or trust with the United States or any other State in the Union, nor does it alter my status in any manner. The only purpose for notary is verification and identification and not for entrance into any foreign or fictitious jurisdiction.

## JURAT

United States of America

State of your state )
) ss. *for Verification and Certification only*
County of Los Angeles )

Subscribed and or affirmed before me on this **20** day of October, 2014 by Shelley Gross, Attorney- in-Fact, Settlor, and Principal, agent for Robert B. Leinbach, II, proved to me on the basis of satisfactory evidence to be the person who appeared before me,

I certify under PENALTY OF PERJURY under the laws of the State California

WITNESS my hand and official seal.

Notary Signature: _____ Seal

JOHN E. QUINTANILLA
Commission # 1995494
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2016

**Copy Claim Under Reservation**

by _____

Shelley A. Gross, Agent for Robert B. Leinbach, II
Trustee of The Leinbach Trust

**Note:** Notary is not an attorney licensed to practice law in the state of your state and has not given legal advice or accepted fees for legal advice, provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity as a third party witness under International Law and is in service under Commercial Oath only as a liaison between the parties to which this communiqué is presented.

Form No. AFF-201401020-2-RE303796825US                    Page 1 of 1

United States Of America

State of California          )          **AFFIDAVIT for**
                             ) ss       **ENTRY OF DEFAULT**
County of Los Angeles   )               UCC§ 3-505(a)(1)(b)


    Be it known on this Twentieth day of October in the two thousand and fourteenth year of our Lord that Affiant, Shelley Gross, Attorney-in-Fact and Trustee of the Settlor and Principal, otherwise known as Agent acting on behalf of trust entity AMY LISA GROSS , does bring forward this declaration by Affidavit, and where Affiant having private firsthand knowledge and belief of the facts stated for and on the public record herein, proceeding in good faith being of sound mind, wherein Affiant is Lien Creditor, Grantor, Settlor and Authorized Agent for the commercial matter that was initiated by Presentment titled "CONDITIONAL ACCEPTANCE AND DEMAND FOR PROOF OF CLAIM" expressed under Form No.RECONVEYANCE-RE303937236US-ALG, and written by hand of Affiant. Furthermore, Affiant does Lawfully Declare and Affirm that the following facts are true, correct, complete, certain, and not meant to mislead to the best of Affiant's personal knowledge and belief, and given to the penalty of perjury as articulated to by the Creator, and enumerated in the laws of the United States of America, as specifically enacted during the second session of the NINETY-FOURTH CONGRESS OF THE UNITED STATES OF AMERICA, as cited by Volume 90 of UNITED STATES STATUTES AT LARGE, where said Statute is to provide for the amending of Title 28 of the United States Code §1746(1):


1. Affiant cause to be mailed to respondent by Third Party Notary Mail Escrow agent the initial Presentment expressed under Form No. - RECONVEYANCE RE303937236US-ALG issued by Affiant's hand on the 16th day of May, 2014, which service was executed by Third Part Mail Escrow Agent Periklis N. Karanikolau, County Notary, by Registered Mail No. RE 303 937 236 US, the

**Form No. AFF-201401020-2-RB414512632US**          **Page 1 of 13**

original copies of a "presentment" in RE: Conditional Acceptance and Demand for Proof of Claim upon PNC MORTGAGE point by point response to proof of claim to contract claim with a determination by the meeting of the minds; Determination whether fraud on the contract and whether contract was an unconscionable contract; and/or agreement for commercial discharge, Account Number 0051193448, being issued under Form Number RECONVENYANCE-RE303937236US-ALG as listed within "AFFIDAVIT NOTARY PRESENTMENT with CERTIFICATION OF MAILING

PNC MORTGAGE
Mr. Joe Cartellone ; Chief Executive Officer and President
Mr. Phil Cunningham, Executive Officer and President
3232 Newmark Dr.
Building 7
Miamisburg, OH 45342

and, there being no response, point by point, nor rebuttal under penalty of perjury by Respondent, whatsoever, and where Respondent did fail to provide a point by point rebuttal prior than or up to June 23, 2014, and still having no response, point by point, nor rebuttal to the date of this Affidavit;

2. Affiant did also cause to be mailed by Third Party Notary Mail Escrow agent certified copies of a "NOTICE OF FAULT AND OPPORTUNITY TO CURE AND PERFORM", expressed under Form No. NCOS-NOFOTC-RE303937253-PNC-ALG on June 24, 2014, which service was executed by Third Party Mail Escrow Agent Periklis N. Karanikolau, County Notary, by Registered Mailing No. RE 303 937 253 US, as listed within "AFFIDAVIT NOTARY PRESENTMENT with CERTIFICATION OF MAILING", Form No. NCOS-NOFOTC-RE303937253US-PNC-ALG and received by Respondent agent/recipient, by Registered Mailing. Number     RE 303 937 253 US

**Form No. AFF-201401020-2-RB414512632US**　　　　　　　**Page 2 of 13**

PNC MORTGAGE
Mr. Joe Cartellone ; Chief Executive Officer and President
Mr. Phil Cunningham, Executive Officer and President
3232 Newmark Dr.
Building 7
Miamisburg, OH 45342

and, there being no response to Affidavit nor rebuttal under penalty of perjury by Respondent, whatsoever, and failing to provide a point by point response, where Affiant did not receive such response, as acknowledged and affirmed by the Third Party Mail Escrow Agent prior than nor up to August 14, 2014, and where the Third Party Mail Escrow Agent further affirms that no response nor point by point rebuttal is provided by Respondent to the date of this Affidavit;

3. Affiant did also cause to be mailed by Third Party Notary Mail Escrow agent certified copies of a "NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND PERFORM," Form No. NODOCPNC-RE303864635US-ALG on June 24th, 2014, which service was executed by Third Part Mail Escrow Agent PERIKLIS N. KARANIKOLAOU, County Notary, by Registered Mailing No. RE 303 864 635 US, as listed within "AFFIDAVIT NOTARY PRESENTMENT with CERTIFICATION OF MAILING", FORM No. NODOC-PNC-RE303864635US-ALG and received by Respondent agent/recipient, signed by Al Woodward, on July 14, 2014, at 10:17 a.m., by Registered Mailing No. RE 303 864 635 US (*See annexed documents*) to:

PNC MORTGAGE
Mr. Joe Cartellone ; Chief Executive Officer and President
Mr. Phil Cunningham, Executive Officer and President
3232 Newmark Dr.
Building 7
Miamisburg, OH 45342

Form No. AFF-201401020-2-RB414512632US                Page 3 of 13

and where no response nor timely rebuttal being provided point by point by Respondent on the 18th day of August, 2014, and wherefore Affiant states for and on the public record that Respondent did fail to produce point by point the 'Proof(s) of Claim and remains silent and did acquiesce, the time limit having elapsed for acceptance thereof and providing the demanded remedy to Lien Claimant, Shelley Gross, attorney-in-fact (trustee) for trust entity AMY LISA GROSS

4. CERTIFICATE(s) of NON-RESPONSE issued by Third Party Mail Escrow Agent, Periklis N. Karanikolaou, County Notary, attaching his signature with seal respectively thereto under Form NUMBERS, COV-PNC-20140624-ALG, COV-PNC-NOFOTC-20140708-ALG, COV-NODOTC -20140818-ALG.

5. Affiant did cause to be served to Respondent, all mailing notices signed and written by Affiant's hand, where Affiant did provide actual and constructive notice of the administrative demand for proof(s) of claim, while exercising due diligence and good faith as supported under UCC 1-202(a)(1)(2)(3)(b)(c)(d)(e)(1)(2) and UCC 1-304 respectively; moreover, respondent did not respond nor provide a point by point rebuttal, whatsoever, and where respondent, as obligated to the answers point by point as by the initial presentment for valuable consideration by respondent's validation of debt pursuant to United States Code, Title 15 - COMMERCE AND TRADE CHAPTER 41 - CONSUMER CREDIT PROTECTION SUBCHAPTER V – DEBT COLLECTION PRACTICES, as by Public Law 90-321 title VIII, § 802, as added by Public Law 95-109, Sept. 20, 1977, Vol. 91 Statutes at Large 874, and where said validation of the account described therein the initial presentment shall be expressed by respondent(s) under penalty of perjury along with the proof of claim(s), inclusive of a point by point response to the each proof of claim expressed therein the initial presentment under respondent's sworn oath, executed within or without the United States, as by Public Law 94-550 § 1(a),Oct. 18,

1976, 90 Stat. 2534 codified at 28 United States Code § 1746, and Respondent did not execute a response under penalty of perjury. There is no evidence that Respondent performed a point by point rebuttal of the initial presentment that was issued by Affiant, the Lien Claimant, under Form No. CAFV-20140710-RE689386902US-NSM-DSFP  presented by Affiant, the Third Party Mail Escrow for Affiant on behalf of the Lien Claimant;

6. That the time to for Respondent to respond concluded on August 17, 2014 AD;

7. That Libellee Respondent named in the administrative remedy did not respond and did not provide Affiant with a response;

8. That Affiant did not receive a rebuttal from the Libellee Respondent named in the administrative remedy ;

9. That no response, rebuttal to the initial presentment, to the Notice of Fault and Opportunity to Cure and Perform, and to the Notice of Default and Opportunity to ~~Cure and Perform is evidenced by United States Mail and any other private~~ carrier;

10. That Affiant accepts for value and Affiant affirms with honor the Ten Maxims of Law expressed and outline in this Affidavit as pursuant to this commercial matter and as by the supreme Law of the Land;

11. Affiant accepts the first Maxim of Law, which states that A WORKMAN IS WORTHY OF HIS HIRE. Reference biblical text as noted under the books of Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; and II Tim. 2:6. The first legal maxim: "It is against equity for freemen not to have the free disposal of their own property";

12. Affiant accepts and affirms the second Maxim of Law, which states that ALL ARE EQUAL UNDER THE LAW. (Almighty God's Law - Moral and Natural Law) Exodus 21:23-25; Lev. 24: 17-21; Deut. 1;17, 19;21; Mat. 22:36-40; Luke 10:17; and Col. 3:25.  The second legal maxim: "Equality before the law" and "No one is above the law".  This is founded on both Natural and Moral law and is binding on everyone. For someone to say, or act as though, he is "above the law"

is insane. This is the major insanity in the world today. Man continues to live, act, believe, and form systems, organizations, governments, laws and processes which presume to be able to supersede or abrogate Natural or Moral Law. But, under commercial law, Natural and Moral Law are binding on everyone, and no one can escape it. Commerce, by the law of nations, should not to be converted into a monopoly for the private gain of the few;

13.   Affiant accepts and affirms the third Maxim of Law, which states that IN COMMERCE TRUTH IS SOVEREIGN. Reference Exodus 20:16; Ps. 117:2; John 8:32; and II Cor. 13:8.  The third legal maxim is "Truth is sovereign – and the Sovereign tells only the truth." This one is one of the most comforting maxims one could have, and the foundation for your peace-of-mind and security and your capacity to win and triumph -- to get your remedy. Your word is your bond. If truth were not sovereign in commerce (between all human action and inter-relations) there would be no basis for anything. No basis for law and order, no basis no accountability, there would be no standards, no capacity to resolve anything. It would mean "anything goes", "each man for himself", and "nothing matters". That's worse than the law of the jungle;

14.   Affiant accepts and affirms the fourth Maxim of Law, which states that TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT. Reference Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; and James 5: 12. The fourth legal maxim: "An affidavit is your solemn expression of your truth. In commerce, an affidavit must be accompanied and must underlay and form the foundation for any commercial transactions." There can be no valid commercial transaction without someone putting their neck on the line and stating, "This is true, correct, complete and not meant to mislead." When you issue an affidavit, it is a double edged sword; it cuts both ways. Someone has to take responsibility for saying that it is a real situation. It can be called a true bill, as they say in the Grand Jury. When you issue an affidavit in commerce you get the power of an affidavit. You also incur the liability, because this becomes a situation where other people might

Form No. AFF-201401020-2-RB414512632US                    **Page 6 of 13**

be adversely affected by it. Things change as a result of your affidavit; things which are going to affect people's lives. If what you say in your affidavit is, in fact, not true, then those who are adversely affected can come back at you with justifiable recourse because you lied. You have told a lie as if it were the truth. People depend on the truth of your affidavit and can be damaged if you lied;

15. Affiant accepts and affirms the fifth Maxim of Law, which states that AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. Reference biblical text under the book of Heb. 6:13-15; 1 Peter 1:7-20; and 2 Peter 1:5-15 Claims made in your affidavit, if not rebutted, emerge as the truth of the matter. The fifth legal maxim: "He who does not deny, admits";

16. Affiant accepts and affirms the sixth Maxim of Law, which states that AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE. Reference biblical text under the book of Hebrews chapter 6: verses 16-17; and where "There is nothing left to resolve." The sixth legal maxim: "Any proceeding in a court, tribunal, or arbitration forum consists of a contest, or duel, of commercial affidavits, wherein the points remaining unrebutted in the end stand as truth and matter, to which the judgment of the law is applied";

17. Affiant accepts and affirms the seventh Maxim of Law, which states that IN COMMERCE, FOR ANY MATTER TO BE RESOLVED IT MUST BE EXPRESSED. Reference biblical text under the book of Hebrews chapter 4: verse 16; Phil. 4:6; and Eph. 6:19-21. No one is a mind reader. You have to put your position out there, you have to state what the issue is, to have something to talk about and resolve. The seventh legal maxim: "He who fails to assert his rights has none";

18. Affiant accepts and affirms the eight Maxim of Law, which states that HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. Reference the biblical text under the Book of Job (the entire book, which in whole the scriptures support the premise that diligence is required to bring to closure the judgment of one's process in truth by virtue of divine province, even though your very life is

**Form No. AFF-201401020-2-RB414512632US**                    **Page 7 of 13**

dependent upon such while standing firmly under truth and complete reliance upon the Almighty); Mat. 10:22; this simply expresses that an affidavit which is un-rebutted, point for point, stands as "truth in commerce" because it hasn't been rebutted and as such has left the battlefield. Governments allegedly exist to resolve disputes, conflicts and discover the truth. They allegedly exist to be substitutes for the dueling field and the battlefield so that disputes and conflicts regarding of affidavits of truth can be resolved peaceably and reasonably. People can take their disputes into court and have them opened up and resolved, instead of resorting to violence. The eighth legal maxim: "He who does not repel a wrong when he can, occasions it".

19. Affiant accepts and affirms the ninth Maxim of Law, which states that SACRIFICE IS THE MEASURE OF CREDIBILITY, wherein if NO WILLINGNESS TO SACRIFICE equates to NO LIABILITY, RESPONSIBILITY, AUTHORITY OR MEASURE OF CONVICTION. Reference the biblical text under the book of Acts chapter 7, the life/death of Stephen. Nothing ventured, nothing gained. The ninth legal maxim: "A person must be willing to put himself on the line, assume a position, and take a stand with regard to the matter at hand. He who bears the burden ought also to derive the benefit". One cannot realize the potential gain without also exposing himself to the potential of loss. One who is not damaged, put at risk, or willing to swear an oath on his commercial liability to claim authority for the truth of his statements and the legitimacy of his actions, has no basis to assert claims or charges and forfeits all credibility and rights; and

20. Affiant accepts and affirms the tenth Maxim of Law , which states that THE UNDERLYING JUDGMENT IS THE FULL SATISFACTION OF A LIEN AND ESTOPPEL IS IN EFFECT HERETOFORE. Reference the biblical text under the book of Genesis chapters 2 and 3; Matthew chapter 4; and the book of Revelation. The tenth legal maxim: "He who fails to rebut an Affidavit agrees to ascend with the judgment held by the Lien Claimant, and the Lien Debtor is

estopped and thereby precluded from asserting anything to the contrary of, that which has, in contemplation of law, been established as the truth";

## Notice of Certificate of Indebtedness

Now whereupon, the Affiant under an obligation and duty to his office as by contract and by Security Agreement. Affiant shall provide testimony, for the purpose and reason to present the facts under penalty of perjury under International Commercial law giving **equal consideration** to the matter based on the proof of the foregoing administrative procedure and the verified claim established hereto, having been provided by the Affidavit in Support of Notice of Entry of Default executed by John Quintanilla, County Notary expressed by **Form No. AFF-201401020-2-RE303796825US** to establish into the Public Record a Verified Claim with Notice of Entry of Default along with the Evidence of Service with the certification thereto by Third Party Mail Escrow Agent Periklis N. Karanikolau, County Notary, that shall now establish the public notice and solemnly certify the commercial dishonor as against all parties it may concern for liability equivalent to the face value of the instrument and the claim of debt, and all costs, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and **stipulations attached thereto** .

## MEMORANDUM OF LAW IN SUPPORT OF DOCTRINE OF ESTOPPELS
### (ESTOPPEL IN PAIS)

Affiant further avers the Doctrine of "*Estoppel in Pais*". The doctrine, by which, a person may be precluded by his act or conduct, or silence, when it is his duty to speak, from asserting a right which he otherwise would have had. Mitchell v. McIntee, 15

Or.App. 85, 514 P.2d 1357, 1359. The doctrine rests upon the principle that when a person by his acts causes another to change his condition to his detriment, person performing such acts is precluded from asserting a right which he otherwise might have had. Peplinsky v. Campbell, 37 Wash.2d 857, 226 P.2d 211, 213." Black's Law Dictionary, 6th Ed., pg. 551, (1990);

"Act in pais." An Act done out of court, and not a matter of record. A deed or an assurance transaction between two or more private persons in the country, that is, according to the old common law, upon the very spot to be transferred, is matter *in pais*." Black's Law Dictionary, 6th Ed., pg. 26 (1990);

"In a strict and technical sense an estoppel arises only when a misrepresentation has prejudiced another who has relied upon it." **DEITRICK v. GREANEY**, 309 U.S. 190 (1940);

Whereupon the entry of this affidavit is memorialized into the record as with the United States of America, Affiant accepts and acknowledges that this matter already has final execution of foreign judgment and Affiant avers that the matter shall be deemed **"Estoppel by judgment"**, wherein such Estoppel by judgment further precludes all parties from recalling this matter herein forward. Full Faith and Credit shall be granted and given to the Public Record that the term **"Estoppel by judgment"** as used in this affidavit, means "that when a fact has been agreed on, or decided in a court of record, neither of the parties shall be allowed to call it in question, res judicata. Humphrey v.. Humphrey v. Faison, 247 N.C. 127, 100 S.E.2d 524, 529. Final adjudication of material issue by a court of competent jurisdiction binds parties in any subsequent proceeding between or among them, irrespective of difference in forms or causes of action. Mansker v. Dealers Transport Co., 160 Ohio St. 255, 116 N.E.2d 3, 6." [Notice** as defined in Black's Law 5th edition].

**Form No. AFF-201401020-2-RB414512632US**          **Page 10 of 13**

# NOTICE TO PRINCIPAL IS NOTICE TO AGENT
# NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## (APPLICABLE TO ALL SUCCESSORS AND ASSIGNS)

# NOTICE

The undersigned Affiant, having standing under a "Treaty Based Position" and hereby forwarding this matter to be conferred into the custody of Shelley Gross, Sui Juris, under Common Law, while exercising All Rights as Reserved by Private International Law thereto for the people of the united States of America, as well acknowledging and operating in full compliance with the UNITED NATIONS COMMISSION ON INTERNATIONAL TRADE LAW (UNCITRAL Convention), and where Affiant certifies on this twentieth day of October in the two thousandth and fourteenth year of our Lord that this Affidavit is now herewith issued for wit and Notice heretofore to be placed for and on the Public Record for Entry of Default and for Entry of Foreign Judgment and for such filing purposes to be entered by Shelley Gross, Sui Juris, where a certified copy of court record may be filed with the clerk of court for the district court of the United States. Foreign Judgment and shall not be construed to be a transfer where original is

**Form No. AFF-201401020-2-RB414512632US**                **Page 11 of 13**

issued to the Lien Creditor, Shelley Gross, Attorney-in-Fact as Secured Creditor and
Agent and Settlor for trust entity AMY LISA GROSS for exclusive use to provide for full
satisfaction and settlement with closure, along with Order and corresponding writs issued
and attached thereto by Shelley Gross, Sui Juris, under Common law.

Further, Affiant Sayeth Not.

by, _Shelley Gross_

Shelley Gross, Attorney-in-Fact, agent for AMY LISA GROSS
UCC1-308 as amended

SEAL



**Los Angeles County Registrar-Recorder/County Clerk**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **JOHN E QUINTANILLA** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

__21st__ day of ____October____ , 2014

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CHRISTINE JOH, Deputy County Clerk

BRF03-3/3/2009

# JURAT

United States of America

State of California )
)
County of Los Angeles )

*Commercial Oath and Verification*

**SUBSCRIBED AND AFFIRMED BEFORE ME** on this ___20___ day of October, 2014, by Shelley Gross, attorney-in-fact, trustee of THE LEINBACH TRUST, having proved to me on the basis of satisfactory evidence to be the living woman who appeared while executing this declaration under Ecclesiastical Law and attesting the same before *Almighty God*

John E. Quintanilla
_____
Notary Public (Print)

John E. Quintanilla
_____
Notary Public of State of California Signature with SEAL

JOHN E. QUINTANILLA
Commission # 1995494
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2016

Copy Claim Under Reservation

By_____
Shelley Gross, Attorney-in-fact, Settlor and Principal
Agent for trust entity AMY LISA GROSS
Agent UCC1-308 as amended

Note: Notary located in County of Los Angeles and the city of Los Angeles for the State of California is not an attorney licensed to practice law in the State of California and has not given legal advice or accepted fees for legal advice, provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity and is operating under her Commercial Oath as by the supreme Law of the Land and by Article IV Section 4 of the Constitution for the United States of America.

Form No. AFF-201401020-2-RB414512632US                    Page 13 of 13

# Certifications and Witness

This Document Form No. **AFF-20141020-2-RB414512632US**

to which this certificate is affixed is

## C E R T I F I E D

A TRUE, CORRECT, and COMPLETE COPY

of the original

, Settlor and Principal

is holder-in-due-course of original

*Signature and Seal*

*By, Settlor and Principal*

Convention de La Haye du 5 Octobre 1961

**NOTICE:** Using a notary on this document does not constitute any adhesion or trust with the United States or any other State in the Union, nor does it alter my status in any manner. The only purpose for notary is verification and identification and not for entrance into any foreign or fictitious jurisdiction.

## JURAT

United States of America

State of your state                    )
                                       )  ss.  *for Verification and Certification only*
County of Los Angeles                  )

Subscribed and or affirmed before me on this **20** day of October, 2014 by Shelley Gross, Settlor and Principal, Attorney-in-fact for Trust Entity Amy Lisa Gross proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California.

WITNESS my hand and official seal.

Notary Signature: _____ Seal

JOHN E. QUINTANILLA
Commission # 1995494
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2016

Copy Claim Under Reservation

by _____

Shelley Gross, Settlor, Principal, Agent for the
Trust Entity Amy Lisa Gross

**Note:** Notary is not an attorney licensed to practice law in the state of your state and has not given legal advice or accepted fees for legal advice, provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein; Furthermore, the Notary is NOT a party to this action and is ONLY acting in an authorized capacity as a third party witness under International Law and is in service under Commercial Oath only as a liaison between the parties to which this communiqué is presented.

Form No.  **AFF-20141020-2-RB414512632US  Page 1 of 1**

United States of America

State of California                    )

                                      )   ss.

County of Los Angeles                 )                    COPY CERTIFICATION

On this *20* day of October, 2014, for the purpose of verification, I the undersigned *JOHN E. QUINTANILLA* Notary for the county of *Los Angeles* is the Third party mail escrow agent and custodian of the record for the commercial matter attached with this administrative procedure, who does certify that these _____*13*_____ pages appended, inclusive of cover page and last page expressed hereto are true and correct copies which I made of the original documents, which are in possession in accord with the laws of the United States of America, and after careful examination of the evidence brought forward, I attest this evidence to be true, correct and complete with my yea being yea and my nay being nay before Almighty God, for it is written in the "Holy Scriptures", namely the Holy Bible in the Book of James 5:12

WITNESS my hand and official seal.

*John E. Quintanilla*, NOTARY Public

*[Name and title of person attesting]*

JOHN E. QUINTANILLA
Commission # 1995494
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2016

Evidence of Service



09/14/2013

AMY L GROSS

6732 AUBURN DR
HUNTINGTON BEACH, CA 92647

RE: Mortgage Loan Number: 1000130406

Dear Mortgage Customer:

PNC Mortgage, A Division of PNC Bank, National Association ("PNC Mortgage") has received payment in full of your mortgage loan. We thank you for allowing us to fulfil your mortgage needs and hope we will have the opportunity to do so again in the future. This letter will explain the actions we will be taking next.

If you are due an escrow refund or the funds we received were greater than required, we will forward a check to you within thirty (30) days from the payoff date.

At the time you opened your loan, a Deed of Trust/Mortgage was recorded which placed a lien against your property. We are currently preparing the appropriate documents to send to your county to release that lien. PNC Mortgage will be responsible for recording this release instrument.

It has been a pleasure to serve you, and we hope you will consider PNC Mortgage for your future mortgage needs. If we can be of further assistance, please call one of our Customer Service Representatives at 1-800-822-5626.

Sincerely,

PNC Mortgage
Payoff Department

A Division of PNC Bank, National Association
3232 Newmark Drive • Miamisburg, OH 45342 • Mailing Address: P.O.Box 8820 • Dayton, OH 45482-
T: 800-822-5626 • (937) 910-1200